UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BRANCO,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.   1:23-cv-01623-NODJ-EPG<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 8) |

This matter is before the Court on the parties' stipulation and proposed order[1] to continue the scheduling conference and initial disclosure deadline. As grounds, the parties state as follows:

> WHEREAS, due to the information exchanged during the Parties' meet and confer discussions, Plaintiff is considering whether to amend his Complaint. In order to provide the Parties with sufficient time to meet and confer and review all the relevant documents, Plaintiff and Defendant have agreed that it would be prudent to continue to the Initial Scheduling Conference and to extend the Parties' deadline to submit their Initial Disclosures;
>
> WHEREAS, for the sake of judicial economy and in an effort to use the Parties' resources in an efficient manner, the Parties believe that continuing the Initial Scheduling Conference and extending the Parties' deadline to submit their Initial Disclosures is appropriate.

(ECF No. 8, p. 2).

///

---

[1] The Court did not receive a Word copy in its email inbox of the stipulation and proposed order as required by Local Rule 137(b). The parties are directed to comply with this Rule for any future proposed order.

1

Upon review, IT IS ORDERED as follows:

1. The initial scheduling conference set for January 18, 2024, is continued to February 20, 2024, at 11 a.m. The parties are permitted to appear telephonically and may do so by dialing 1-888-251-2909 and entering access code 1024453. The parties are reminded to file a joint scheduling report at least seven days before the conference. (ECF No. 2, p. 2).
2. The parties' deadline to submit their initial disclosures is extended to February 8, 2024.

IT IS SO ORDERED.

Dated:  **January 12, 2024**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE