1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11   LAWRENCE BRANCO,               )   CASE NO. 1:23-cv-01623-NODJ-EPG

12                  Plaintiff,       )

13        vs.                           )

**JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND TO EXTEND DEADLINE TO SUBMIT INITIAL DISCLOSURES; ORDER**

(ECF No. 10)

14

15   AETNA LIFE INSURANCE COMPANY, and Does 1 through 50, inclusive,

16

17                Defendants.

18

19

20

21

22 \\\

23 \\\

24 \\\

25 \\\

26 \\\

27 \\\

28 \\\

1

**TO THIS HONORABLE COURT:**

Plaintiff Lawrence Branco ("Plaintiff") and Defendant Aetna Life Insurance Company ("Defendant") (Plaintiff and Defendant are collectively referred to herein as the "Parties"), by and through their respective counsel of record, hereby agree and stipulate to the following:

WHEREAS, Plaintiff initiated this action on October 10, 2023, in the Superior Court of the State of California, County of Fresno, case number 23CECG04239 [Dkt. No. 1-1, Exhibit A];

WHEREAS, on November 17, 2023, Defendant removed this action from the Fresno County Superior Court to this Court [Dkt. No. 1];

WHEREAS, Defendant filed its Answer to the Complaint on December 6, 2023 [Dkt. No. 7];

WHEREAS, the Initial Scheduling Conference is currently scheduled for February 20, 2024, at 11:00 a.m. [Dkt. No. 9];

WHEREAS, the Parties' current deadline to submit their Initial Disclosures is February 8, 2024 [Dkt. No. 9];

WHEREAS, due to the information exchanged during the Parties' meet and confer discussions, Plaintiff is considering whether to amend his Complaint. The Parties have exchanged documents and information, and in order to provide the Parties with sufficient time to meet and confer and review all the relevant documents, Plaintiff and Defendant have agreed that it would be prudent to continue to the Initial Scheduling Conference and to extend the Parties' deadline to submit their Initial Disclosures;

WHEREAS, for the sake of judicial economy and in an effort to use the Parties' resources in an efficient manner, the Parties believe that continuing the Initial Scheduling Conference and extending the Parties' deadline to submit their Initial Disclosures is appropriate; and

WHEREAS, the Parties therefore ask the Court to continue to the Initial Scheduling Conference and to extend the Parties' deadline to submit their Initial Disclosures, by thirty (30) days.

GOOD CAUSE exists to continue to the Initial Scheduling Conference and to extend the Parties' deadline to submit their Initial Disclosures because:

1) The Initial Scheduling Conference is currently scheduled for February 20, 2024;

2) The Parties' current deadline to submit their Initial Disclosures is February 8, 2024;

3) Plaintiff is considering whether to amend his Complaint;

4) The Parties need additional time to meet and confer, and review the documents exchanged, which are relevant to Plaintiff's potential amended Complaint;

5) The Parties have agreed to ask the Court to continue to the Initial Scheduling Conference and to extend the Parties' deadline to submit their Initial Disclosures by thirty (30) days;

6) Neither Party will be prejudiced by continuing the Initial Scheduling Conference or by extending the Parties' deadline to submit their Initial Disclosures; and

7) This is the second request by the Parties to continue the Initial Scheduling Conference and to extend the Parties' deadline to submit their Initial Disclosures.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1        IT IS THEREFORE STIPULATED and agreed, subject to the approval of this Court, that

2    the Initial Scheduling Conference should be continued by thirty (30) days to March 19, 2024, or

3    another date convenient for the Court, and that the Parties' deadline to submit their Initial

4    Disclosures should be extended by thirty (30) days until March 11, 2024.

5        **IT IS SO STIPULATED.**

6

7    Dated:  February 9, 2024               GORDON REES SCULLY MANSUKHANI, LLP

8                        By:   */s/Ronald K. Alberts*_____

9                        Ronald K. Alberts

                         Hela Vaknin

10                       Attorneys for Defendant

11                       AETNA LIFE INSURANCE COMPANY

12   Dated:  February 9, 2024               WILKINS, DROLSHAGEN & CZESHINSICI LLP

13

14                       By:   */s/James H. Wilkins*_____

                         James H. Wilkins

15                       Attorneys for Plaintiff

16                       LAWRENCE BRANCO

17

18

19               **CERTIFICATION PURSUANT TO LOCAL RULE 131(e)**

20       Pursuant to Local Rule 131(e), I hereby certify that the content of this document is

21   acceptable to James H. Wilkins, counsel for Plaintiff, and I have obtained his authorization to

22   affix his electronic signature to this document on February 9, 2024.

23

24                       By:   */s/Ronald K. Alberts*___

                         Ronald K. Alberts

25

26   / / /

27   / / /

28

                                          4

1

## **<u>ORDER</u>**

2    Having considered the above stipulation (ECF No. 10), IT IS ORDERED as follows:

3    1.  The Initial Scheduling Conference currently scheduled for February 20, 2024, is

4        continued to March 19, 2024, at 10:30 a.m. The parties are permitted to appear

5        telephonically and may do so by dialing 1-888-251-2909 and entering access code

6        1024453. The parties are reminded to file a joint scheduling report at least seven days

7        before the conference. (ECF No. 2, p. 2).

8    2.  The Parties' deadline to submit their Initial Disclosures is extended by thirty (30) days to

9        March 11, 2024.

10   IT IS SO ORDERED.

11

12   Dated:   **February 9, 2024**             /s/ _Erica P. Grosjean_

13                                           UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28